RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Carlos Alejandro Raymond Gonzalez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-mj-504-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE PROBATION REVOCATION HEARING** |
| v. | (First Request) |
| CARLOS ALEJANDRO RAYMOND GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon Fanzong Kung, Assistant United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Carlos Alejandro Raymond Gonzalez, that the Probation Revocation Hearing currently scheduled on March 23, 2020 at 10:30 am, be vacated and continued to April 2, 2020 at 10:30 am in Courtroom 4B.

This Stipulation is entered into for the following reasons:

1.   Mr. Gonzalez needs additional time to consider an offer to resolve this matter.

2.   The defendant is in custody and agrees with the need for the continuance.

3.    The parties agree to the continuance.

This is the first request for a continuance of the probation revocation hearing.

DATED this 20th day of March, 2020.

RENE L. VALLADARES                          NICHOLAS A. TRUTANICH
Federal Public Defender                     United States Attorney


    /s/ Andrew Wong                              /s/ Simon Fanzong Kung
By_____            By_____
ANDREW WONG                                 SIMON FANZONG KUNG
Assistant Federal Public Defender           Assistant United States Attorney


NICHOLAS A. TRUTANICH
United States Attorney


    /s/ Richard Anthony Lopez
By_____
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLOS ALEJANDRO RAYMOND GONZALEZ,

        Defendant.

Case No. 2:18-mj-504-EJY

**ORDER**

    IT IS THEREFORE ORDERED that the probation revocation hearing currently scheduled for Monday, March 23, 2020 at 10:30 a.m., be vacated and continued to Thursday, April 2, 2020 at the hour of 10:30 a.m. in Courtroom 4B.

    DATED this 20th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3